# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BRITTANY NAQUIN

VERSUS

PASAM RAO, M.D. AND HOSPITAL
SERVICE DISTRICT NO.3 OF THE
PARISH OF LAFOURCHE, STATE
OF LOUISIANA D/B/A THIBODAUX
REGIONAL MEDICAL CENTER

NO.   2019 CW 0783

AUG 0 5 2019

---

In Re:    Pasam Rao, M.D., applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, No.
          120721.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.**   The ruling of the trial court granting in part the motion to exclude the Medical Review Panel Opinion by ordering redaction of the Panel's "REASONS" is reversed. We do not find that the Medical Review Panel rendered an opinion on any disputed issue of material fact that does not require their medical expertise. **McGlothlin v. Christus St. Patrick Hospital,** 2010-2775 (La. 7/1/11), 65 So. 3d 1218, 1229.   Accordingly, we find the Medical Review Panel Opinion in its entirety is admissible.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT